DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN FITZPATRICK** and **LAI FONG FITZPATRICK,**
Appellants,

v.

**KELLY M. MEREDITH, D.C., et al.,**
Appellees.

No. 4D17-2262

[January 18, 2018]

Appeal of non-final order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Croom, Judge; L.T. Case No. 2011CA000898.

Christopher M. Larmoyeux of Larmoyeux & Bone, P.L., West Palm Beach, for appellants.

Kenneth N. Johnson and Stanley D. Klett of Klett, Mesches & Johnson, P.L., Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***